IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| JANICE PRICE-MACK, § <br> § <br> *Plaintiff,* § <br> § <br> VS. § <br> § <br> WALMART STORES TEXAS, L.L.C., § <br> § <br> *Defendant.* § | CIVIL ACTION NO. 1:23-CV-00414 <br> JUDGE MICHAEL J. TRUNCALE |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint Stipulation of Voluntary Dismissal. [Dkt. 16]. Plaintiff no longer desires to pursue her claims against Defendant and seeks a dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, and the Parties shall bear their own attorneys' fees and costs.

It is further **ORDERED** that all Court dates and deadlines are **VACATED**, and all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 30th day of May, 2024.**

Michael J. Truncale
United States District Judge